

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-19-2004

# Boone v. Comm Social Security

Precedential or Non-Precedential: Precedential

Docket No. 02-3256

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Boone v. Comm Social Security" (2004). *2004 Decisions.* Paper 952.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/952

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-3256

SARAH M. BOONE,
                                      Appellant

v.

*JO ANNE BARNHART
COMMISSIONER OF SOCIAL SECURITY

*(Pursuant to F.R.A.P. 43(c))

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 01-cv-04231)
District Judge: Honorable Herbert J. Hutton

Argued March 13, 2003

Before: BECKER*, RENDELL, and AMBRO, <u>Circuit Judges</u>

(Opinion filed December 18, 2003)

Peter J. Pinnola, Esquire (Argued)
Pinnola & Bomstein
8039 Old York Road
Elkins Park, PA   19027

*Attorney for Appellant*

* Judge Becker concluded his term as Chief Judge on May 4, 2003.

James A. Winn
  Regional Chief Counsel
Lori Karimoto (Argued)
  Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
OGC/Region III
P.O. Box 41777
Philadelphia, PA   19101

Patrick L. Meehan
 United States Attorney
Joan Garner
 Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA   19106-4476

*Attorneys for Appellee*

## ORDER  AMENDING  SLIP  OPINION

AMBRO, *Circuit Judge*

It is now ordered that the published Opinion in the above case filed December 18, 2003, be amended as follows:

On page 13, in the second full paragraph, line 13, the word "Unskilled" should not be capitalized.  Replace the upper case "U" with a lower case "u" so that the phrase reads, "'[u]nskilled types ...'".

On page 13, in the second full paragraph, line 20, insert the word "performing" after the word "of", so that the phrase reads, "...likely to require a higher degree of skill than she is capable of performing."

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: February 19, 2004